IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE T. CORTEZ,

    Petitioner,                   1:05-CV-01135 ALA HC

    vs.

K. PROSPER,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>

_____/

        On February 13, 2007, March 8, 2007, and July 26, 2007, orders were served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change.

        Therefore, IT IS HEREBY ORDERED that petitioner is <u>ordered to show cause within 10 days</u> why this action should not be dismissed for petitioner's failure to keep the court apprised of his current address.

DATED: August 6, 2007

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation