IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE T. CORTEZ,

    Petitioner,               1:05-CV-01135 ALA HC

    vs.

K. PROSPER,

    Respondent.          ORDER

_____/

        On February 13, 2007, March 8, 2007, and July 26, 2007, orders were served on petitioner's address of record and returned by the postal service. On August 10, 2007, this court ordered petitioner to show cause to why this action should not be dismissed for petitioners failure to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change. That document was also returned by the postal service.

        Therefore, IT IS HEREBY ORDERED that petitioner's application for habeas corpus is dismissed.

DATED: August 28, 2007

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation